# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 3, 2017

Stephen J. Markman
Chief Justice

Robert P. Young, Jr.,
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152035

CITY OF HUNTINGTON WOODS and CITY
OF PLEASANT RIDGE,
      Plaintiffs/Counter-Defendants-
      Appellants,

v

CITY OF OAK PARK,
      Defendant/Counter-Plaintiff-
      Appellee,
and

45TH DISTRICT COURT,
      Defendant-Appellee.
_____/

SC: 152035
COA: 321414
Oakland CC: 2013-135842-CZ

On order of the Court, having received the final report of the special mediator, Court of Appeals Chief Judge Michael J. Talbot, that the parties were unable to reach a settlement agreement, the briefing periods under MCR 7.312(E) and (H) shall begin to run from the date of this order.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 3, 2017



Clerk